INTERSTATE PACKING CORPORATION, Respondent, *v.* NEW YORK INDEMNITY COMPANY, Appellant.

(Argued November 18, 1930; decided December 2, 1930.)

*Thomas A. Clarke, Bernard J. Vincent* and *Clarence E. Mellen* for appellant.

*Samuel D. Spector, A. G. Grayzel* and *Simeon F. Gross* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE and LEHMAN, JJ. Dissenting: KELLOGG, O'BRIEN and HUBBS, JJ., on the ground that the bond of the defendant indemnified the plaintiff against loss and that the plaintiff has sustained none.